IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| DUK MUN WOO | ) |
|   Plaintiff, | ) CASE NO 8:12-cv-01219-RWT |
| v. | ) |
| NATIONAL ACTION FINANCIAL SERVICES, INC. | ) |
|   Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** the Plaintiff, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby voluntarily dismisses the Complaint with prejudice.

Respectfully submitted this 18th day of July, 2012.

/s/ Robinson S. Rowe
Robinson S. Rowe, Bar No. 27752
5906 Hubbard Dr.
Rockville, MD 20852
TEL: (301) 770-4710 / FAX: (301) 770-4710
interoffice@rowepllc.com

"APPROVED" THIS 23rd DAY
of July, 2012

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

mc
7-18-12